UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

NATALIE TILBERG (a/k/a TASHA TILBERG),                04 Civ. 7373 (RJH) (RLE)

                           Plaintiff,                **AFFIDAVIT**

            -against-

NEXT MANAGEMENT CO., FAITH
KATES and MILLIE PELLET,

                           Defendants.

-------------------------------------------------------------------------X

STATE OF NEW YORK      )
                       )      ss.:
COUNTY OF NEW YORK     )

        DAVID JAROSLAWICZ, being duly sworn, deposes and says:

        I am a member of the firm of Jaroslawicz & Jaros, attorneys for the defendants, and am

submitting this affidavit pursuant to the Opinion and Order of Magistrate Judge Ronald L. Ellis dated

December 28, 2005.

        The documents submitted to the Court for *in camera* review were designated privileged as

they were created as a direct result of requests by my office for defendant to search for documents

requested by plaintiff in anticipation of litigation or during the litigation process.

        As the court was able to observe *in camera*, my office requested defendant Next to search

for documents as well as coordinate and facilitate the forensic computer searches by PG Lewis.

These efforts and communications were  memorialized in e-mails and therefore were prepared in

anticipation of litigation or during the litigation process and as the Court held are privileged in accordance with Rule 26(b)(3) of the Federal Rules of Civil Procedure.

_____
**DAVID JAROSLAWICZ**

Sworn to before me this
December 28, 2005

_____
Notary Public

ELIZABETH EILENDER
Notary Public, State of New York
No. 02EI6069152
Qualified in New York County
Commission Expires Jan. 22, 20___

2