UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/07
```

NATALIE TILBERG,

                        Plaintiff,

            -against-

NEXT MANAGEMENT CO., et al.,

                        Defendants.

04 Civ. 7373 (RJH)

**ORDER**

    For the reasons stated on the record at oral argument, held January 26, 2007,

defendants' motion for summary judgment dismissing plaintiff's claims [44] is granted in

part and denied in part. Plaintiff's claims for common law fraud, breach of fiduciary

duty, conversion, breach of the duty of good faith and fair dealing, unjust enrichment, and

breach of contract for the period June 2001 to June 2002 are dismissed. The Court denies

summary judgment as to plaintiff's breach of contract claim arising after June 2002.

Next Management's motion for summary judgment on its counterclaims is denied.

SO ORDERED.

Dated: New York, New York
       January 26, 2007

                                        Richard J. Holwell
                                        United States District Judge